DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES LULLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3362

_____

September 23, 2022

Appeal from the Circuit Court for Lee County; Nicholas R. Thompson, Judge.

Howard L. Dimmig, II, Public Defender, and Timothy J. Ferreri, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

     Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.